1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ACTCA, A MEMBER OF THE ALLIANCE, INC., | CASE NO. 2:22-cv-01127-CAS-GJSx |
| 12                Plaintiff, | **FINAL JUDGMENT** |
| 13       v. | |
| 14  RHYTHM PHARMACEUTICALS, INC., DOES 1 through 10, Inclusive, | |
| 15                Defendants. | |
| 16 | |
| 17  RHYTHM PHARMACEUTICALS, INC., | |
| 18                Counterclaim-Plaintiff, | |
| 19       v. | |
| 20  ACTCA, A MEMBER OF THE ALLIANCE, INC., SFCT, A MEMBER OF THE ALLIANCE, INC. ICTLV, INC., NYCT, A MEMBER OF THE ALLIANCE, INC. | |
| 21 | |
| 22                Counterclaim-Defendants. | |
| 23 | |

24       This action came on regularly for trial by jury on July 9, 2024.  On July 9,
25  2024, a jury of 8 persons was regularly impaneled and examined and sworn.  On
26  July 17, 2024, the jury rendered its verdict in favor Rhythm Pharmaceuticals, Inc.
27  ("Rhythm") and against ACTCA, a Member of the Alliance, Inc. ("ACTCA"),
28  SFCT, a Member of the Alliance Inc. ("SFCT"), NYCT, a Member of the

Alliance, Inc. ("NYCT"), and ICTLV, a Member of the Alliance, Inc. ("ICTLV" and collectively with ACTCA, NYCT, and SFCT, "Axis") on all claims. The Court hereby enters its final judgment as follows:

**IT IS SO ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Rhythm and against Axis on all claims and causes of action asserted in this matter. Rhythm is entitled to recover as follows:

1. $1,209,783.61 in compensatory damages from ACTCA, of which $716,719.43 is compensatory damages for breach of the GO-ID contracts as awarded in the jury verdict and $493,064.18 is compensatory damages for breach of the Basket contracts as awarded in the jury verdict; and

2. $707,042.16 in compensatory damages from SFCT, of which $454,247.18 is compensatory damages for breach of the GO-ID contracts as awarded in the jury verdict and $252,794.98 is compensatory damages for breach of the Basket contracts as awarded in the jury verdict; and

3. $586,727.19 in compensatory damages from NYCT, of which $585,686.13 is compensatory damages for breach of the GO-ID contracts as awarded in the jury verdict and $1,041.06 is compensatory damages for breach of the Basket contracts as awarded in the jury verdict; and

4. $253,371.33 in compensatory damages from ICTLV, of which $252,850.80 is compensatory damages for breach of the GO-ID contracts as awarded in the jury verdict and $520.53 is compensatory damages for breach of the Basket contracts as awarded in the jury verdict; and

////
////

5. Post-judgment interest calculated in the manner set forth in 28 U.S.C. § 1961, from the date of entry of judgment until paid.

The Clerk shall enter this Final Judgment in favor of Rhythm pursuant to Federal Rule of Civil Procedure 58. As the prevailing party, within fourteen (14) days from the date on which judgment is entered, Rhythm may file an Application to the Clerk to Tax Costs pursuant to Federal Rule of Civil Procedure 54(d) and the Central District of California's Local Civil Rules.

Dated: October 23, 2024

Hon. Christina A. Snyder
United States District Judge