*WHEN RECORDED MAIL TO:*

Alexander C.K. Wyman
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTCA, A MEMBER OF THE ALLIANCE, INC.<br><br>PLAINTIFF(S),<br>v.<br><br>RHYTHM PHARMACEUTICALS, INC. and DOES 1-10<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 22-01127-CAS-GJS<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on October 29, 2024 in favor of Rhythm Pharmaceuticals, Inc. whose address is 222 Berkeley Street, 12th Floor, Boston, MA 02116 and against SFCT, a Member of the Alliance Inc. whose last known address is 5800 Wilshire Blvd., Los Angeles, CA 90036-4501 for $ 707,042.16 Principal, $ 19,309.81 Interest, $ 0 Costs, and $ 0 Attorney Fees.

ATTESTED this 20th day of June, 2025.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Peter Sunukjian of Briggs & Alexander, APLC
4300 Campus Drive, Suite 210
Newport Beach, CA 92660

CLERK, U.S. DISTRICT COURT

By _____ /s/ _____
Deputy Clerk

JASON JIANG

1264

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER